IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, as subrogee of The Lauridsen Group, Inc.;<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE SERVICES, INC.,<br><br>Defendant. | **8:17CV296**<br><br>**ORDER** |

This matter is before the Court on the Rule 26(f) Report ([Filing No. 21](#)) prepared, filed, and signed by only counsel for Plaintiff. Pursuant to this Court's scheduling letter ([Filing No. 16](#)) filed on September 20, 2017, the parties were to meet and confer and provide the Court with a report of their conference on or before October 20, 2017, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Plaintiff's Rule 26(f) Report noted that Defendant will file a separate report, but no report has been filed by the Court's deadline. The Court expects the parties to file one report prepared using "Form 35 (Rule 26(f)) Report" posted on the Court's website. To the extent the parties disagree on items discussed during the meet and confer, such disagreements shall be documented in the jointly filed report. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Rule 26(f) Report ([Filing No. 21](#)) is stricken as incomplete.

2. On or before **October, 27, 2017**, the parties shall meet and confer and provide the Court with a **joint** report of their conference pursuant to Rule 26(f). Failure to comply with this Court's order may result in appropriate sanctions pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(ii)-(vii).

Dated this 23rd day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge