# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

LEXINGTON INSURANCE COMPANY, as subrogee of The Lauridsen Group, Inc.;

Plaintiff,

vs.

ADVANCE SERVICES, INC.,

Defendant.

**8:17CV296**

**ORDER**

This matter is before the Court on the parties' Stipulation for Plaintiff to Amend Complaint to Add APC Company, Inc., as an Additional Subrogor (Filing No. 34). The parties agree that Plaintiff may file an amended complaint to add the additional subrogor, and that Defendant may file an amended answer. The parties further stipulate that Defendant withdraws its Motion for Leave to File an Amended Answer and Joinder of Necessary Party (Filing No. 30). Accordingly,

**IT IS ORDERED:**

1. The parties' Stipulation for Plaintiff to Amend Complaint to Add APC Company, Inc., as an Additional Subrogor (Filing No. 34) is approved.

2. Plaintiff may file its First Amended Complaint on or before March 9, 2018.

3. Defendant may file an Amended Answer 14-days after Plaintiff files its First Amended Complaint.

4. Defendant's Motion for Leave to File an Amended Answer and Joinder of Necessary Party (Filing No. 30) is deemed withdrawn.

Dated this 23rd day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge